IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03331-BNB

ROBERT D. GANDY,

    Plaintiff,

v.

TOM CLEMENTS, Director, Colorado Department of Corrections,
JERRY BARBER, Teacher II, Arkansas Valley Correctional Facility,
RICK MARTINEZ, Programs Manager, Arkansas Valley Correctional Facility,
STEVE HARTLEY, Warden, Arkansas Valley Correctional Facility, and

    Defendants.

## ORDER DRAWING CASE

    Mr. Gandy, who is incarcerated in the Colorado Department of Corrections, initiated this action by filing a Prisoner Complaint. He has been granted leave to proceed pursuant to 28 U.S.C. § 1915 and has paid an initial partial filing fee.

    After review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

    ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

    DATED March 15, 2013, at Denver, Colorado.

    BY THE COURT:

    s/ Boyd N. Boland
    United States Magistrate Judge