IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03331-MSK-MJW

ROBERT D. GANDY,

Plaintiff,

v.

RICK RAEMISCH, Director, Colorado Department of Corrections, in his official capacity,
JERRY BARBER, Teacher II, Arkansas Valley Correctional Facility,
RICK MARTINEZ, Programs Manager, Arkansas Valley Correctional Facility, and
STEVE HARTLEY, Warden, Arkansas Valley Correctional Facility,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that plaintiff's Motion to Order Clerk of Court to Serve Defendants Barber and Clements Pursuant to Red. R. Civ. P. 4(c)(3) (Docket No. 34) is GRANTED as follows.  On July 12, 2013, Rick Raemisch, in his official capacity, was substituted in place of Defendant Clements.

Accordingly, the Clerk is directed to serve defendant Rick Raemisch and defendant Jerry Barber at the Colorado Department of Corrections.

Date: July 16, 2013